**Order entered August 9, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00118-CR

### ANTONIO LAMAR COCHRAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F15-76529-H

## ORDER

Before the Court are official court reporter Crystal Jones's August 2, 2018 second request for additional time to file the reporter's record and court reporter Quinlyn Busby's August 5, 2018 request for a sixty-day extension of time to file his portion of voir dire.

The Texas Rules of Appellate Procedure are promulgated by the Texas Supreme Court and the Texas Court of Criminal Appeals. Rule 35 provides that the appellate court may extend the deadline to file the reporter's record but that each extension must not exceed thirty days. *See* TEX. R. APP. P. 35.3(c). The rules also include Appendix C, Order Directing the Form of the Appellate Record. TEX. R. APP. P., appx. C. Rule 2 of Appendix C specifically provides that the court reporter should prepare only one consolidated record in the case. *See id*.

In light of this, we **GRANT** the requests to the extent that we **ORDER** the reporter's record filed **THIRTY DAYS** from the date of this order. Court reporter Quinlyn Busby should tender his portion of the voir dire to official court reporter Crystal Jones so the consolidated reporter's record may be filed in this Court.


/s/    LANA MYERS
        JUSTICE